


# United States District Court
# Eastern District of California

RACHEL SANCHEZ
Plaintiff(s)

V.

US HELP UNION, LLC d/b/a INSUREUS
Defendant(s)

Case Number: 2:25-cv-02913-DAD-AC

APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Kayla Nicole Kershen hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Plaintiff, Rachel Sanchez

On 02/04/2025 (date), I was admitted to practice and presently in good standing in the New Jersey Supreme Court (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☑ I have / ☐ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)
Robert Kidd v.TA Fintech Inc d/b/a TradeAlgo, 2:25-cv-01944-DJC-JDP, 09/30/2025, Granted

Date: 01/06/2026 Signature of Applicant: /s/ Kayla Nicole Kershen

**Pro Hac Vice Attorney**

Applicant's Name: Kayla Nicole Kershen

Law Firm Name: Shamis & Gentile, P.A.

Address: 14 NE 1st Ave., Suite 705

City: Miami State: FL Zip: 33132

Phone Number w/Area Code: (305) 479-2299

City and State of Residence: Delray Beach, FL

Primary E-mail Address: kkershen@shamisgentile.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Scott Edelsberg

Law Firm Name: Edelsberg Law, P.A.

Address: 1925 Century Park E, Suite 1700

City: Los Angeles State: CA Zip: 90067

Phone Number w/Area Code: (305) 975-3320 Bar # 330990

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: January 5, 2026

Dale A. Drozd

JUDGE, U.S. DISTRICT COURT